14196.00291.378.syw.336199

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN T. ELLINGSWORTH | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| HALL'S FAST MOTOR FREIGHT Ind. and d/b/a | : | |
| HALL'S WAREHOUSE CORP. and d/b/a OAK | : | |
| TREE TRUCK RENTAL and HALL'S | : | |
| WAREHOUSE CORP. Ind. & d/b/a HALL'S | : | |
| FAST MOTOR FREIGHT and OAK TREE | : | |
| TRUCK RENTAL and CHRISTOPHER JOHNSON | : | NO. 02-CV-3507 |

### *AFFIDAVIT FOR FILING DEFENDANTS' NOTICE FOR REMOVAL*

**TO THE CLERK:**

Please note the attached Affidavit of filing Defendants' Certified copy of Petition for Removal with the Court of Common Pleas of Philadelphia County, Pennsylvania.

*Marshall, Dennehey, Warner,*
*Coleman & Goggin*

By:_____
*James D. Hilly, Esquire*
*Attorney for Defendants*

*DATE:*_____

COMMONWEALTH OF PENNSYLVANIA:
                                                            SS
COUNTY OF PHILADELPHIA              :

_____, being duly sworn according to law deposes and says that he is filing on behalf of the firm **MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN,** attorneys for Defendants herein, in the above-entitled action, on the \_\_\_\_\_ day of _____, 2002, with the Prothonotary of the Court of Common Pleas for Philadelphia County, Pennsylvania, a certified copy of the Defendants' Notice for Removal together with copies of the documents attached thereto by leaving said copies with the Prothonotary of Philadelphia County, Pennsylvania.

_____

SWORN TO AND SUBSCRIBED :

BEFORE ME THIS          DAY :

OF                      , 2002 :

_____
    NOTARY PUBLIC

14196.00290.378.syw.336199

| | |
|---|---|
| *MARSHALL, DENNEHEY, WARNER,* <br> *COLEMAN & GOGGIN* <br> BY: JAMES D. HILLY, ESQUIRE <br> IDENTIFICATION NO.: 27571 <br> 1845 WALNUT STREET – 21ST FLOOR <br> PHILADELPHIA, PA 19103 <br> (215) 575-2600 | *ATTORNEY FOR:* DEFENDANTS |

---

| | | |
|---|---|---|
| JOHN T. ELLINGSWORTH | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| | : | |
| v. | : | |
| | : | |
| | : | APRIL TERM, 2002 |
| HALL'S FAST MOTOR FREIGHT Ind. and d/b/a | : | |
| HALL'S WAREHOUSE CORP. and d/b/a OAK | : | |
| TREE TRUCK RENTAL and HALL'S | : | |
| WAREHOUSE CORP. Ind. & d/b/a HALL'S | : | |
| FAST MOTOR FREIGHT and OAK TREE | : | |
| TRUCK RENTAL and CHRISTOPHER JOHNSON | : | NO. 005252 |

### *PRAECIPE TO FILE NOTICE OF REMOVAL*

*TO THE PROTHONOTARY:*

Kindly file the attached certified copy of Defendants' Notice of Removal to the United States District Court for the Eastern District of Pennsylvania of record in the above reference matter.

> *Marshall, Dennehey, Warner,*
> *Coleman & Goggin*
>
>
> *By:* _____
> *James D. Hilly, Esquire*
> *Attorney for Defendants*