```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN T. ELLINGSWORTH              :    CIVIL ACTION
                                  :
        v.                        :
                                  :
HALL'S FAST MOTOR FREIGHT,        :
IND. and d/b/a HALL'S WAREHOUSE   :
CORP. and d/b/a OAK TREE TRUCK    :
RENTAL, et al.                    :    NO. 02-3507
```

ORDER

AND NOW, this 8th of August, 2002, upon consideration of counsel's report that they "have agreed to submit this matter to Arbitration in November", and thus the need for a Rule 16 conference (set for this day) being obviated, it is hereby ORDERED that:

    1.   The Rule 16 conference is CANCELLED;

    2.   The Clerk shall TRANSFER this matter to the Arbitration Case Management Track;

    3.   Discovery shall conclude by October 11, 2002; and

    4.   Arbitration shall be set on a day during the week of November 4, 2002 that is convenient to the Arbitration Clerk.

BY THE COURT:

_____
Stewart Dalzell, J.