IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN T. ELLINGSWORTH : | CIVIL ACTION |
| v. : | |
| : | No. 02-3507 |
| HALL'S FAST MOTOR FREIGHT, ET AL. : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, November 14, 2002. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
Stephen Sonnie
Deputy Clerk
Phone: 267-299-7074

Date: September 10, 2002

Copies:   Eileen Adler, Courtroom Deputy to Judge Dalzell
Docket Clerk - Case File

Counsel:   Daniel M. Jaffe, Esq.
James D. Hilly, Esq.

ARB2.FRM